MICHAEL SALAMINA, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment unanimously reversed, with costs, and the complaint dismissed, with costs. (See Balzer v. City of New York, 254 App. Div. 772; affd., 279 N. Y. 742; and Reutlinger v. City of New York, 255 App. Div. 848.) Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

## (January 23, 1939.)

SUPERIOR TALKING PICTURES, INC., and Another, Respondents, v. PRINCIPAL FILM EXCHANGES, INC., Appellant.— Under the circumstances disclosed by the record herein an injunction *pendente lite* should not have been granted nor should a receiver have been appointed. Order unanimously reversed, with twenty dollars costs and disbursements, motion denied and the case directed to be set down for trial on January 30, 1939. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

## (January 27, 1939.)

IRVING TRUST COMPANY, as Trustee, etc., and Others, Respondents, v. ANAHMA REALTY CORPORATION, Appellant, and EDWARD J. PARKINSON, as Receiver, etc., Respondent.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

LESTER C. SCOTT, as Administrator De Bonis Non, etc., of STEWART G. B. GOURLAY, Deceased, Appellant, v. AMERICAN SURETY COMPANY OF NEW YORK, Respondent.— Judgment unanimously modified to the extent of striking from the decretal paragraph thereof the words " upon the merits " and substituting the words " without prejudice to any proceedings in the Surrogate's Court, Kings County, which plaintiff may be advised to pursue," and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

CHARLES E. GRUBER, Appellant, v. NEW YORK SOCIETY FOR THE RELIEF OF THE RUPTURED AND CRIPPLED, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Application of ROBERT S. WILSON, Petitioner, for an Order Annulling the Determination of JAMES C. QUINN and Others, Respondents.— Determination unanimously confirmed and the proceedings dismissed, with fifty dollars costs and disbursements to the respondents, on the ground that, on the facts disclosed in the record herein, the respondents acted within their discretion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

JOSEPH D. McGUIRE, Appellant, v. LUCIUS N. LITTAUER, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.